UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

16 AUG 22 PM 2:57

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>Plaintiff, )<br>  )<br>v. )<br>  )<br>AMBER D. JOHNSON, )<br>  )<br>Defendant. ) | Cause No. 1:16-cr- **1:16-cr-0178 LJM-DML**<br>Aiding and Assisting the<br>Making of a False Federal<br>Income Tax Return<br>Title 26, U.S.C. § 7206(2) |

## INFORMATION

The United States Attorney charges that:

### INTRODUCTION

At all times material to this Information:

1. Instant Refund Tax Service Inc., doing business as Instant Tax Service (ITS), was a tax return preparation business with multiple offices.

2. AMBER D. JOHNSON, the Defendant herein, was employed as a tax return preparer at an ITS office located in Marion County, Indiana.

3. In her capacity as a tax preparer, AMBER D. JOHNSON was responsible for the accuracy of federal income tax returns prepared by her and filed by ITS on behalf of its clients.

4. AMBER D. JOHNSON willfully aided and assisted in the preparation of false and fraudulent federal income tax returns for multiple clients beginning not later than 2010 and continuing until 2011.

5. As a specific means of generating false returns, AMBER D. JOHNSON prepared Form 1040 Schedule C forms reporting inflated business income or losses, which then resulted in unauthorized earned income credits and refunds for taxpayer clients of ITS.

6. As a result of these efforts, AMBER D. JOHNSON aided and assisted in the preparation of not less than 26 false federal income tax returns which were filed by ITS between 2010 and 2011, and which resulted in a loss to the Internal Revenue Service of not less than $101,585.

## CHARGE

All paragraphs of the Introduction are fully incorporated herein.

On various dates in 2011, in Marion County, in the Southern District of Indiana,

AMBER D. JOHNSON,

Defendant herein, did willfully aid and assist other persons in the preparation of their 2010 United States Individual Income Tax Returns, Forms 1040, which were false and fraudulent as to a material matter, that is, said returns stated that the other person had business income or losses (Line 12), earned income credits (Line 64a) and refunds due (Line 73) which statements were false, and which statements the said AMBER D. JOHNSON then well knew to be false. For example, the said AMBER D. JOHNSON aided and assisted in the preparation of a Form 1040 for taxpayer E.M., which was false and fraudulent in the manner described above and which AMBER D. JOHNSON caused to be filed with the Internal Revenue Service on or about the 21st day of February, 2011.

All of which is in violation of Title 26, United States Code, Section 7206(2).

JOSH J. MINKLER
United States Attorney

STATE OF INDIANA      )
                      )   SS:
COUNTY OF MARION      )

James M. Warden, being first duly sworn, upon his oath deposes and says that he is an Assistant United States Attorney in and for the Southern District of Indiana, that he makes this affidavit for and on behalf of the United States of America and that the allegations in the foregoing Information are true as he is informed and verily believes.

_____
James M. Warden
Assistant United States Attorney

Subscribed and sworn to before me, a notary public, on this 19th day of August, 2016.

_____
Guey Jen Yang
Notary Public

My Commission Expires: June 27, 2022

My County of Residence: Hendricks

˜2˜